FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

November 20, 2020

No. 04-20-00389-CV

**THE CINCINNATI INSURANCE COMPANY**,
Appellant

v.

Ronnie **VILLANUEVA**,
Appellee

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 18-10-36490-MCV
Honorable Maribel Flores, Judge Presiding

# O R D E R

Appellant's unopposed second motion to extend time to file the appellant's brief is granted. We order the appellant's brief due December 30, 2020. Counsel is advised that no further extensions of time will be granted absent a timely motion that: (1) demonstrates extraordinary circumstances justifying further delay; (2) advises the court of the efforts counsel has expended in preparing the brief; and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy workload to be an extraordinary circumstance.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of November, 2020.



_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court